# gusto

# Earnings Statement

Pay period: Mar 26, 2023 - Apr 8, 2023 Pay Day: Apr 14, 2023
David Colpe's bank account ( . . . 8424): $466.90

**Company**
MAB Financial Services, Inc.
23219 Stringtown Rd
#353
Clarksburg, MD 20871
301-329-0342

**Employee**
David Colpe
XXX-XX-2730
4207 Hartel Avenue
Philadelphia, PA 19136

## Employee Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $30.00 | 19.0 | $570.00 | $2,241.00 |
| Total Hours Worked | | 19.0 | | |
| Gross Earnings | | | $570.00 | $2,241.00 |

## Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $20.00 | $60.00 |
| Social Security | $35.34 | $138.94 |
| Medicare | $8.26 | $32.49 |
| PA Withholding Tax | $17.50 | $68.80 |
| PA UC Tax Employee Withholding | $0.40 | $1.57 |
| Philadelphia City Tax | $21.60 | $84.93 |

## Employer Taxes

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $35.34 | $138.94 |
| Medicare | $8.26 | $32.49 |
| FUTA | $3.42 | $13.45 |
| PA UC Tax Employer Contribution | $9.16 | $36.01 |

## Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | — | $0.00 | $0.00 |

## Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | — | $0.00 | $0.00 |

## Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $570.00 | $2,241.00 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $103.10 | $386.73 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $466.90 | $1,854.27 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $466.90 | $1,854.27 |

## Paid Time Off Policy

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Paid Time Off Balance | 0.00 |