Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 23-11654-AMC**

David Colpe  
4207 Hartel Avenue  
Philadelphia  PA    19136

Petition Filed Date: 06/05/2023  
341 Hearing Date: 08/18/2023  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/19/2023 | $416.00 | | | | | | | |

**Total Receipts for the Period: $416.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $416.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | SANTANDER CONSUMER USA »» 001 | Secured Creditors | $598.28 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $1,022.51 | $0.00 | $0.00 |
| 3 | PNC BANK NA »» 003 | Mortgage Arrears | $24,862.11 | $0.00 | $0.00 |
| 4 | VERIZON BY AIS AS AGENT »» 004 | Unsecured Creditors | $65.68 | $0.00 | $0.00 |
| 5 | PHFA/HEMAP »» 005 | Mortgage Arrears | $400.00 | $0.00 | $0.00 |

Chapter 13 Case No. 23-11654-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $416.00 | Current Monthly Payment: | $416.00 |
| Paid to Claims: | $0.00 | Arrearages: | $416.00 |
| Paid to Trustee: | $37.44 | Total Plan Base: | $28,992.00 |
| Funds on Hand: | $378.56 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.