## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 23-11654 |
| **David Colpe** | : Chapter 13 |
| | : Judge Ashely M. Chan |
| Debtor(s) | : * * * * * * * * * * * * * * * * * |
| | : |
| **PNC Bank, National Association** | : Related Document # 15 |
| Movant, | : |
| vs | : |
| | : |
| **David Colpe** | : |
| **Sophie D. Colpe** | : |
| **Scott F. Waterman, Trustee** | : |
| Respondents. | : |

### PRAECIPE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN (DOCKET NO. 15)

Now comes PNC Bank, National Association ("Creditor") by and through counsel, and hereby withdraws its Objection to Confirmation of Plan which was filed in this Court on July 11, 2023. The Objection to Confirmation of Plan needs to be withdrawn because The Fouth Amended Plan filed September 19, 2023 at Docket No. 31 resolves Creditor's Objection..

                Respectfully submitted,

                /s/Alyk L. Oflazian
                ―――――――――――――――

                Alyk L. Oflazian, Esquire (312912)
                Adam B. Hall (323867)
                Manley Deas Kochalski LLC
                P.O. Box 165028
                Columbus, OH  43216-5028
                Telephone: 614-220-5611
                Fax: 614-627-8181
                Attorneys for Creditor
                The case attorney for this file is Alyk L. Oflazian.
                Contact email is ALOflazian@manleydeas.com

23-011867_SCS2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 23-11654** |
| **David Colpe** | **Chapter 13** |
| | **Judge Ashely M. Chan** |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * |
| | |
| **PNC Bank, National Association** | **Related Document # 15** |
| **Movant,** | |
| vs | |
| | |
| **David Colpe** | |
| **Sophie D. Colpe** | |
| **Scott F. Waterman, Trustee** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Praecipe of Withdrawal of Objection to Confirmation of Plan (Docket No. 15) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, ECFMail@ReadingCh13.com

Paul H. Young, Attorney for David Colpe, support@ymalaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

David Colpe and Sophie D. Colpe, 4207 Hartel Avenue, Philadelphia, PA  19136

/s/Alyk L. Oflazian

23-011867_SCS2