UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    David Colpe<br><br><br>    Debtor | Chapter 13<br>Bankruptcy No.23-11654-AMC |

CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 16th day of October, 2023, by first class mail upon those listed below:

David Colpe
4207 Hartel Avenue
Philadelphia, PA  19136

**Electronically via CM/ECF System Only:**

YOUNG MARR & ASSOCIATES
3554 HULMEVILLE ROAD
SUITE 102
BENSALEM, PA  19020

 

*/s/ Kristen Gliem*
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee