IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: DAVID COLPE<br>**Debtor(s)** | )<br>)<br>) CHAPTER 13 |
| SANTANDER CONSUMER USA INC.<br>**Moving Party** | )<br>) Case No.: 23-11654 (AMC)<br>) |
| v. | )<br>) **Hearing Date: 10-18-23 at 11:00 AM** |
| DAVID COLPE<br>**Respondent(s)** | )<br>) 11 U.S.C. 362<br>) |
| SCOTT F. WATERMAN<br>**Trustee** | )<br>)<br>) |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtor in settlement of the Motion For Stay Relief, and filed on or about November 21, 2023 in the above matter is APPROVED.

Dated: Nov. 28, 2023

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE