IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 23-11654 |
| David Colpe | : | Chapter 13 |
| | : | Judge Ashely M. Chan |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * |
| | : | |
| PNC Bank, National Association | : | Date and Time of Hearing |
| Movant, | : | February 14, 2024 at 11:00 a.m. |
| vs | : | |
| | : | Place of Hearing |
| David Colpe | : | U.S. Bankruptcy Court |
| Sophie D Colpe | : | 900 Market Street, Suite 400, Courtroom #4 |
| Scott F. Waterman | : | Philadelphia, PA, 19107 |
| Respondents. | : | |
| | | Related Document # 48 |

## ORDER OF COURT

AND NOW, to wit, this  27th  day of  Feb.  , 2024, upon consideration of the foregoing Stipulation for Settlement of Creditor's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Creditor is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Scott F. Waterman, Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com (notified by ecf)

Paul H. Young, Attorney for Debtor and/or Co-Debtor, 3554 Hulmeville Rd., Ste 102, Bensalem, PA  19020, support@ymalaw.com (notified by ecf)

David Colpe and Sophie D Colpe, Debtor and/or Co-Debtor, 4207 Hartel Avenue, Philadelphia, PA  19136 (notified by regular US Mail)

Pa Housing Finance Age, Party of Interest, 2101 N. Front Street, Harrisburg, PA  17105 (notified by regular US Mail)