United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 23-11654-amc |
|---|---|
| David Colpe | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 27, 2024 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Colpe, 4207 Hartel Avenue, Philadelphia, PA 19136-3113 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | Feb 28 2024 00:47:00 | Pennsylvania Housing Finance Agency-Homeowners Eme, 2101 North Front Street, Harrisburg, PA 17110-1086 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 28 2024 00:47:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Feb 29, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2024 at the address(es) listed below:

**Name**     **Email Address**

ADAM BRADLEY HALL
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com

ALYK L OFLAZIAN
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 27, 2024 | Form ID: pdf900 | Total Noticed: 3 |

KATIE HOUSMAN
    on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program
    khousman@pkh.com

MARK A. CRONIN
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

PAUL H. YOUNG
    on behalf of Debtor David Colpe support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :
: Case No.: 23-11654
David Colpe : Chapter 13
: Judge Ashely M. Chan
Debtor(s) : * * * * * * * * * * * * * * * * *
:
PNC Bank, National Association : Date and Time of Hearing
Movant, : February 14, 2024 at 11:00 a.m.
:
vs :
: Place of Hearing
David Colpe : U.S. Bankruptcy Court
Sophie D Colpe : 900 Market Street, Suite 400, Courtroom #4
Scott F. Waterman : Philadelphia, PA, 19107
:
Respondents. :
Related Document # 48

**ORDER OF COURT**

AND NOW, to wit, this __27th__ day of __Feb._____, 2024, upon consideration of the foregoing Stipulation for Settlement of Creditor's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Creditor is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Scott F. Waterman, Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com (notified by ecf)

Paul H. Young, Attorney for Debtor and/or Co-Debtor, 3554 Hulmeville Rd., Ste 102, Bensalem, PA 19020, support@ymalaw.com (notified by ecf)

David Colpe and Sophie D Colpe, Debtor and/or Co-Debtor, 4207 Hartel Avenue, Philadelphia, PA 19136 (notified by regular US Mail)

Pa Housing Finance Age, Party of Interest, 2101 N. Front Street, Harrisburg, PA 17105 (notified by regular US Mail)