United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 23-11654-amc

David Colpe     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: May 23, 2024     Form ID: 155     Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Colpe, 4207 Hartel Avenue, Philadelphia, PA 19136-3113 |
| 14804769 | + | Pennsylvania Housing Finance Agency-Homeowners Eme, c/o Katie Housman, Esquire, Purcell, Krug, & Haller, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| 14812082 | #+ | Santander Consumer USA Inc., c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave. Suite 301, Moorestown, NJ 08057-3125 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14814337 | | Email/Text: megan.harper@phila.gov | May 24 2024 00:03:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14787942 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2024 00:11:30 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14787943 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2024 00:11:22 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14787944 | + | Email/Text: electronicbkydocs@nelnet.net | May 24 2024 00:03:00 | Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14787945 | + | Email/Text: electronicbkydocs@nelnet.net | May 24 2024 00:03:00 | Great Lakes, 2401 International Lane, Madison, WI 53704-3192 |
| 14787947 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 24 2024 00:03:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14787946 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 24 2024 00:03:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 14799831 | | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2024 00:11:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14800175 | | Email/Text: Bankruptcy.Notices@pnc.com | May 24 2024 00:01:00 | PNC Bank, NA., Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14787949 | | Email/Text: Bankruptcy.Notices@pnc.com | May 24 2024 00:01:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 14787950 | | Email/Text: Bankruptcy.Notices@pnc.com | May 24 2024 00:01:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14799310 | ^ | MEBN | May 23 2024 23:54:43 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14788804 | | Email/Text: amps@manleydeas.com | May 24 2024 00:02:00 | PNC Bank, National Association, c/o Adam B. |

Case 23-11654-amc   Doc 69   Filed 05/25/24   Entered 05/26/24 00:36:09   Desc Imaged
                         Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 23, 2024 | Form ID: 155 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Hall,Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14788587 | | Email/Text: amps@manleydeas.com | May 24 2024 00:02:00 | PNC Bank, National Association, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14787948 | + | Email/Text: blegal@phfa.org | May 24 2024 00:03:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14804469 | + | Email/Text: blegal@phfa.org | May 24 2024 00:03:00 | Pennsylvania Housing Finance Agency / HEMAP, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14805132 | + | Email/Text: blegal@phfa.org | May 24 2024 00:03:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14791658 | + | Email/Text: enotifications@santanderconsumerusa.com | May 24 2024 00:03:00 | SANTANDER CONSUMER USA INC., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14791460 | + | Email/Text: enotifications@santanderconsumerusa.com | May 24 2024 00:03:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14787951 | + | Email/Text: enotifications@santanderconsumerusa.com | May 24 2024 00:03:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14787952 | + | Email/Text: enotifications@santanderconsumerusa.com | May 24 2024 00:03:00 | Santander Consumer USA, Inc, Po Box 961211, Fort Worth, TX 76161-0211 |
| 14787953 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:12:20 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14787954 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:11:22 | Synchrony Bank/Gap, Po Box 71727, Philadelphia, PA 19176-1727 |
| 14808040 | + | Email/Text: electronicbkydocs@nelnet.net | May 24 2024 00:03:00 | U.S. Department of Education, PO BOX 2837, Portland OR 97208-2837 |
| 14807828 | + | Email/Text: electronicbkydocs@nelnet.net | May 24 2024 00:03:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14804616 | + | Email/PDF: ebn_ais@aisinfo.com | May 24 2024 00:11:06 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14804770 | | Email/PDF: ebn_ais@aisinfo.com | May 24 2024 00:10:39 | Verizon by American InfoSource as agent, PO Box 4457, Houston TX 77210-4457 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14811629 | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14808041 | *+ | U.S. Department of Education, PO BOX 2837, Portland OR 97208-2837 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2024                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| KATIE HOUSMAN | on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program khousman@pkh.com |
| PAUL H. YOUNG | on behalf of Debtor David Colpe support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 8

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>　　David Colpe<br><br>　　Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23−11654−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 23, 2024

For The Court

Ashely M. Chan
Judge, United States Bankruptcy Court