| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 23-11654-AMC

David Colpe
4207 Hartel Avenue
Philadelphia  PA    19136

Petition Filed Date: 06/05/2023
341 Hearing Date: 08/18/2023
Confirmation Date: 05/23/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/16/2023 | $416.00 | | 12/01/2023 | $888.00 | | 12/27/2023 | $888.00 | |
| 01/23/2024 | $905.00 | | 02/23/2024 | $905.00 | | 04/08/2024 | $905.00 | |
| 05/13/2024 | $984.00 | | 06/24/2024 | $984.00 | | | | |

**Total Receipts for the Period:  $6,875.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $8,275.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | SANTANDER CONSUMER USA INC »» 001 | Secured Creditors | $16,244.93 | $2,185.66 | $14,059.27 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $1,022.51 | $0.00 | $1,022.51 |
| 3 | PNC BANK NA »» 003 | Mortgage Arrears | $24,862.11 | $1,504.61 | $23,357.50 |
| 4 | VERIZON BY AIS AS AGENT »» 004 | Unsecured Creditors | $65.68 | $0.00 | $65.68 |
| 5 | PHFA/HEMAP »» 005 | Mortgage Arrears | $400.00 | $16.19 | $383.81 |
| 6 | US DEPARTMENT OF EDUCATION »» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CITY OF PHILADELPHIA (LD) »» 007 | Secured Creditors | $763.04 | $46.17 | $716.87 |
| 8 | PNC BANK NA »» 008 | Mortgage Arrears | $3,225.04 | $195.18 | $3,029.86 |
| 9 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 23-11654-AMC

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,275.00 | Current Monthly Payment: | $984.00 |
| Paid to Claims: | $7,447.81 | Arrearages: | $1,063.00 |
| Paid to Trustee: | $819.18 | Total Plan Base: | $54,602.00 |
| Funds on Hand: | $8.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.