# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re** DAVID COLPE | : | CHAPTER 13 |
| | : | |
| **Debtor(s)** | : | BANKRUPTCY NO. 23-11654 |

## OBJECTION TO CERTIFICATION OF DEFAULT

Debtor(s), David Colpe, by their attorney, Paul H. Young, Esquire, hereby objects to the Certification of Default filed by **PNC Bank, National Association** on October 1, 2024. Debtors believe they can become current on all post-petition payments due under the February 20, 2024 stipulation with the Lender.

                    Respectfully submitted,

                    /s/ Paul H. Young
                    PAUL H. YOUNG, Esquire
                    Young, Marr & Associates
                    3554 Hulmeville Road, Suite 102
                    Bensalem, PA 19020
                    P: 215-639-5297
                    F: 215-639-1344
                    support@ymalaw.com

Dated: October 2, 2024