*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: David Colpe
    Debtor(s)

Case No: 23–11654–amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation of Settlement Filed by ALYK L OFLAZIAN on behalf of PNC BANK, NATIONAL ASSOCIATION

    on: 11/6/24

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/4/24

Timothy B. McGrath
Clerk of Court

73 – 71
Form 167