## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 23-11654 |
| **David Colpe** | : Chapter 13 |
| | : Judge Ashely M. Chan |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * |
| | : |
| **PNC Bank, National Association** | : |
| **Movant,** | : |
| vs | : |
| | : |
| **David Colpe** | : |
| **Sophie D Colpe** | : |
| **Scott F. Waterman** | : |
| **Respondents.** | : |

## ORDER OF COURT

AND NOW, this  16th  day of  Jan.  , 20 25 , upon consideration of the Certification of Default filed by PNC Bank, National Association ("Creditor"), it is hereby **ORDERED,** that the Automatic Stay imposed by § 362 and the Co-Debtor stay imposed by §1301 of the Bankruptcy Code be and hereby is terminated as it affects the interest of Creditor in and to the property located at 4207 Hartel Ave, Philadelphia, PA 19136, and more particularly described in the Mortgage, recorded June 29, 2004, at Instrument Number 50959186 in the Office of the Recorder of Deeds of Philadelphia County, Pennsylvania.

BY THE COURT

_/s/ Ashely M. Chan_
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Alyk L. Oflazian, Attorney for Creditor, MDK Legal, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Scott F. Waterman, Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com (notified by ecf)

Paul H. Young, Attorney for Debtor and/or Co-Debtor, 3554 Hulmeville Rd., Ste 102, Bensalem, PA 19020, support@ymalaw.com (notified by ecf)

23-011867_SJW

David Colpe and Sophie D Colpe, Debtor and/or Co-Debtor, 4207 Hartel Avenue, Philadelphia, PA  19136 (notified by regular US Mail)

Pa Housing Finance Age, Party of Interest, 2101 N. Front Street, Harrisburg, PA  17105 (notified by regular US Mail)

23-011867_SJW