United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11654-amc |
| David Colpe | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 17, 2025 | Form ID: pdf900 | Total Noticed: 11 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Colpe, 4207 Hartel Avenue, Philadelphia, PA 19136-3113 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 18 2025 00:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 18 2025 00:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: blegal@phfa.org | Jan 18 2025 00:59:00 | Pennsylvania Housing Finance Agency-Homeowners Eme, 2101 North Front Street, Harrisburg, PA 17110-1086 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 18 2025 00:59:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14787949 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 18 2025 00:58:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 14787950 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 18 2025 00:58:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14800175 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 18 2025 00:58:00 | PNC Bank, NA., Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14799310 | ^ | MEBN | Jan 18 2025 00:36:50 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14788804 | | Email/Text: amps@manleydeas.com | Jan 18 2025 00:58:00 | PNC Bank, National Association, c/o Adam B. Hall,Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14788587 | | Email/Text: amps@manleydeas.com | Jan 18 2025 00:58:00 | PNC Bank, National Association, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 17, 2025 | Form ID: pdf900 | Total Noticed: 11 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| KATIE HOUSMAN | on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program khousman@pkh.com |
| PAUL H. YOUNG | on behalf of Debtor David Colpe support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Stephen Franks | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    : Case No.: 23-11654
David Colpe                                         : Chapter 13
                                                    : Judge Ashely M. Chan
              Debtor(s)                             : * * * * * * * * * * * * * * * * *

                                                    :
PNC Bank, National Association                      :
                                                    :
                          Movant,                   :
    vs                                              :
                                                    :
David Colpe                                         :
Sophie D Colpe                                      :
Scott F. Waterman                                   :
                                                    :
              Respondents.                          :

## ORDER OF COURT

AND NOW, this __16th__ day of __Jan.__, 20__25__, upon consideration of the Certification of Default filed by PNC Bank, National Association ("Creditor"), it is hereby **ORDERED,** that the Automatic Stay imposed by § 362 and the Co-Debtor stay imposed by §1301 of the Bankruptcy Code be and hereby is terminated as it affects the interest of Creditor in and to the property located at 4207 Hartel Ave, Philadelphia, PA 19136, and more particularly described in the Mortgage, recorded June 29, 2004, at Instrument Number 50959186 in the Office of the Recorder of Deeds of Philadelphia County, Pennsylvania.

BY THE COURT

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

  Alyk L. Oflazian, Attorney for Creditor, MDK Legal, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

  Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

  Scott F. Waterman, Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com (notified by ecf)

  Paul H. Young, Attorney for Debtor and/or Co-Debtor, 3554 Hulmeville Rd., Ste 102, Bensalem, PA 19020, support@ymalaw.com (notified by ecf)

23-011867_SJW

David Colpe and Sophie D Colpe, Debtor and/or Co-Debtor, 4207 Hartel Avenue, Philadelphia, PA  19136 (notified by regular US Mail)

Pa Housing Finance Age, Party of Interest, 2101 N. Front Street, Harrisburg, PA  17105 (notified by regular US Mail)

23-011867_SJW