United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11654-amc |
| David Colpe | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 03, 2025 | Form ID: pdf900 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##       Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Colpe, 4207 Hartel Avenue, Philadelphia, PA 19136-3113 |
| 14804769 | + | Pennsylvania Housing Finance Agency-Homeowners Eme, c/o Katie Housman,Esquire, Purcell, Krug, & Haller, 1719 North Front Street, Harrisburg, PA 17102-2392 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 04 2025 01:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 04 2025 01:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: blegal@phfa.org | Apr 04 2025 01:41:00 | Pennsylvania Housing Finance Agency-Homeowners Eme, 2101 North Front Street, Harrisburg, PA 17110-1086 |
| 14814337 | | Email/Text: megan.harper@phila.gov | Apr 04 2025 01:41:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14787942 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 04 2025 01:40:45 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14787943 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 04 2025 01:40:45 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14787944 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 04 2025 01:41:00 | Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14787945 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 04 2025 01:41:00 | Great Lakes, 2401 International Lane, Madison, WI 53704-3192 |
| 14787947 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 04 2025 01:41:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14787946 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 04 2025 01:41:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 14799831 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 04 2025 01:40:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14800175 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 04 2025 01:41:00 | PNC Bank, NA., Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14787949 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

Case 23-11654-amc   Doc 91   Filed 04/05/25   Entered 04/06/25 00:33:06   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 03, 2025 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| 14787950 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 04 2025 01:41:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 14799310 | ^ | MEBN | Apr 04 2025 01:41:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| | | | Apr 04 2025 01:33:47 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14788804 | | Email/Text: amps@manleydeas.com | Apr 04 2025 01:41:00 | PNC Bank, National Association, c/o Adam B. Hall,Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14788587 | | Email/Text: amps@manleydeas.com | Apr 04 2025 01:41:00 | PNC Bank, National Association, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14787948 | + | Email/Text: blegal@phfa.org | Apr 04 2025 01:41:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14804469 | + | Email/Text: blegal@phfa.org | Apr 04 2025 01:41:00 | Pennsylvania Housing Finance Agency / HEMAP, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14805132 | + | Email/Text: blegal@phfa.org | Apr 04 2025 01:41:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14791658 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 04 2025 01:41:00 | SANTANDER CONSUMER USA INC., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14791460 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 04 2025 01:41:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14787951 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 04 2025 01:41:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14787952 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 04 2025 01:41:00 | Santander Consumer USA, Inc, Po Box 961211, Fort Worth, TX 76161-0211 |
| 14787953 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 04 2025 01:40:44 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14787954 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 04 2025 01:40:43 | Synchrony Bank/Gap, Po Box 71727, Philadelphia, PA 19176-1727 |
| 14808040 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 04 2025 01:41:00 | U.S. Department of Education, PO BOX 2837, Portland OR 97208-2837 |
| 14807828 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 04 2025 01:41:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14804616 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 04 2025 01:39:54 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14804770 | | Email/PDF: ebn_ais@aisinfo.com | Apr 04 2025 01:40:49 | Verizon by American InfoSource as agent, PO Box 4457, Houston TX 77210-4457 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14811629 | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14808041 | *+ | U.S. Department of Education, PO BOX 2837, Portland OR 97208-2837 |
| 14812082 | ##+ | Santander Consumer USA Inc., c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave. Suite 301, Moorestown, NJ 08057-3125 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

Case 23-11654-amc    Doc 91    Filed 04/05/25    Entered 04/06/25 00:33:06    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 03, 2025 | Form ID: pdf900 | Total Noticed: 32 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2025            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| KATIE HOUSMAN | on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program khousman@pkh.com |
| PAUL H. YOUNG | on behalf of Debtor David Colpe support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Stephen Franks | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

David Colpe

Debtor

Chapter 13

Bankruptcy No. 23-11654-AMC

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: April 3, 2025**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE